# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Western Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                           Case No.: 3:11–cr–50014
                                                      Honorable Philip G. Reinhard

Paul Joseph Cirigliano

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2011:

      MINUTE entry before the Honorable Philip G. Reinhard:Sentencing held on 10/27/2011. Electronic notice (jat, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.