## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 CR 50014 | **DATE** | 10/27/2011 |
| **CASE TITLE** | USA vs. Paul Joseph Cirigliano | | |

**DOCKET ENTRY TEXT:**

Government orally withdraws motion for upward variance [30]. Government orally dismisses forfeiture allegation. Enter Judgment in a Criminal Case.

Docketing to mail notices.

FILED
OCT 28 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JT |
|---|---|---|