United States District Court for the Northern District of Illinois

Case Number: **11 CR 50014**    Assigned/Issued By: _[signature]_

## FEE INFORMATION

Amount Due:
☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP    ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____

Date Paid: _____

Receipt #: _____

Fiscal Clerk: _____

## ISSUANCES

Type Of Issuance:
☐ Summons                ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☑ Third-Party Citation to Discover Assets
☐ Writ _____
(Type of Writ)

Original and __1__ copies on __4/05/12__ as to
McHenry Savings Bank & Barbara Cirigliano as to Paul Cirigliano

C:\wpwin80\docket\feeinfo.frm  01/01